UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HAMLET LOPEZ,
    Plaintiff

v.                                          C.A. 09-578 S

A.T. WALL, ET AL.,
    Defendants

### ORDER

The Report and Recommendations of United States Magistrate Judge Jacob Hagopian filed on September 22, 2010 (document #52) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (document #53) is rejected and Plaintiff's Motion for Preliminary Injunction (document #3) is hereby DENIED.

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 10/19/10