UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HAMLET LOPEZ,
    Plaintiff,

v.                              C.A. 09-578 S

A.T. WALL, ET AL.,
    Defendants.

### ORDER

The Report and Recommendations of United States Magistrate Judge Jacob Hagopian filed on August 19, 2010 (document #43) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Plaintiff's Motion for Preliminary Injunction (document #36) is hereby DENIED.

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge

Date: 10/21/10