UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HAMLET LOPEZ,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　C.A. 09-578 S

A.T. WALL, ET AL.,
    Defendants.

### ORDER

The Report and Recommendations of United States Magistrate Judge Jacob Hagopian filed on August 19, 2010 (document #44) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (document #53) is rejected and Defendants Motions for Summary Judgment (document #s 21 and 24) are hereby GRANTED and the case is DISMISSED, without prejudice.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 10/21/10